UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>      Plaintiff,<br><br> v.<br><br>STATE OF NEVADA, *et al.*,<br><br>      Defendants. | Case No. 3:22-cv-00399-ART-CSD<br><br>ORDER<br><br>(ECF Nos. 7, 8) |

On November 1, 2022, the Court dismissed Plaintiff's claim in this civil-rights action without prejudice but without leave to amend because it was premature, and it closed this case. (ECF No. 4). The Clerk of the Court entered judgment the same day. (ECF No. 6). In closing this case, the Court directed that "[n]o other documents may be filed in this now-closed case." (ECF No. 4 at 8). But Plaintiff continues to file documents in this closed case.

On November 8, 2022, Plaintiff filed a document titled "Motion for Leave to File a 42 U.S.C. § 1983, 14th Amendment Violation to Due Process Causing Deprivation Deliberate Indifference." (ECF No. 7). And on November 29, 2022, Plaintiff filed a document titled, in part, "Motion for Leave to File Request for a 90 Day Stay[.]" (ECF No. 8). Neither document seeks relief from the Court's dismissal order.

IT IS HEREBY ORDERED that Plaintiff's motions for leave to file a document and to stay this closed case (ECF Nos. 7, 8) are denied.

Plaintiff is cautioned that he should not file any documents in this closed case. If Plaintiff wishes to pursue his claims, he must file a complaint that complies with Nevada Local Rule of Practice LSR 2-1 in a new action, i.e., under a new case number, and either pay the filing fee or properly apply to proceed *in forma pauperis*.

DATED THIS 13th day of December 2022.



UNITED STATES MAGISTRATE JUDGE